UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYR ENERGY INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ZETWERK MANUFACTURING USA INC., et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-10345-SK<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Regarding Docket No. 5 |

The Court GRANTS the administrative motion to seal the portions of Exhibit F to the Notice of Pendency of Other Action that is redacted in Exhibit A to the Declaration of Paul Stancil – the company names and monetary amounts.  (*See* Dkt. No. 27-1.)  By no later than January 20, 2026, Plaintiffs shall publicly file the Notice of Pendency of Other Action with the redacted version at Exhibit A to the Stancil Declaration.

**IT IS SO ORDERED**.

Dated: January 13, 2026

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge