**STEPTOE LLP**
Derek Foran (State Bar No. 224569)
One Market Plaza, Steuart Tower
Suite 1070
San Francisco, CA 94015
Phone: (415) 365-6700
dforan@steptoe.com

**STEPTOE LLP**
Karima G. Maloney (*Admitted Pro Hac Vice*)
kmaloney@steptoe.com
Craig Smyser (*Admitted Pro Hac Vice*)
csmyser@steptoe.com
Paul Stancil (*Admitted Pro Hac Vice*)
pstancil@steptoe.com
Brent M. Hanson (Admitted Pro Hac Vice)
bhanson@steptoe.com
Drew M. Padley (*Admitted Pro Hac Vice*)
dpadley@steptoe.com
717 Texas Avenue, Suite 2800
Houston, TX 77002
Phone: (713) 221-2300
Fax: (713) 221-2320

Attorneys for Defendants
ZETWERK MANUFACTURING USA INC.;
ZETWERK MANUFACTURING BUSINESSES
PRIVATE LIMITED; and UNIMACTS GLOBAL, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AYR ENERGY INC.; ANIRUDH REDDY EDLA; and CHAD STUCKEY<br><br>Plaintiffs,<br><br>v.<br><br>ZETWERK MANUFACTURING USA INC.; ZETWERK MANUFACTURING BUSINESSES PRIVATE LIMITED; and UNIMACTS GLOBAL, LLC<br><br>Defendants. | Case No. 3:25-cv-10345<br><br>*Assigned to the Honorable Sallie Kim*<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendants Zetwerk Manufacturing USA Inc., Zetwerk Manufacturing Businesses Private Limited, and Unimacts Global, LLC (collectively, referred to as "Defendants"), certifies the following:

As of this date, Defendants are not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to this litigation.

The following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities may (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Unimacts Manufacturing MX, LLC (Unimacts subsidiary)

    Unimacts Monterrey MX, LLC (Unimacts subsidiary)

    Unimacts Supply Chain Management (Shanghai) Co. Ltd. (Unimacts subsidiary)

    Unimacts Manufacturing Spain, S.L. (Unimacts subsidiary)

    KRYFS Power Components Limited (Zetwerk Manufacturing Businesses Private Limited subsidiary)

Dated: February 12, 2026                 **STEPTOE LLP**

*/s/ Derek Foran*

By:   Derek Foran
       Karima G. Maloney
       Craig Smyser
       Paul Stancil
       Brent M. Hanson
       Drew M. Padley

Attorneys for Defendants
ZETWERK MANUFACTURING USA INC.; ZETWERK MANUFACTURING BUSINESSES PRIVATE LIMITED; and UNIMACTS GLOBAL, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on, February 12, 2026, a copy of the foregoing document was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        _/s/ Derek Foran_
                                        Derek Foran