UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AYR ENERGY INC.; ANIRUDH REDDY EDLA; and CHAD STUCKEY;

Plaintiff(s),                ,

v.

ZETWERK MANUFACTURING USA INC.; ZETWERK MANUFACTURING BUSINESSES PRIVATE LIMITED; and UNIMACTS GLOBAL, LLC            , ▣

Defendant(s).

Case No. 3:25-cv-10345-SK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Todd Marabella          , an active member in good standing of the bar of

Massachusetts                    , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: PLAINTIFFS Ayr Energy Inc.; Anirudh Reddy Edla; and Chad Stuckey      in the

above-entitled action. My local co-counsel in this case is Ishika Desai                , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 340239              .

100 Northern Avenue, Boston, MA 02210

MY ADDRESS OF RECORD

(617) 570-1000

MY TELEPHONE # OF RECORD

tmarabella@goodwinlaw.com

MY EMAIL ADDRESS OF RECORD

525 Market St., Fl. 32, San Francisco, CA 94105

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 733-6000

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

idesai@goodwinlaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 682525        .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/30/2026 _____        /s/ Todd Marabella _____
                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Todd Marabella</u>          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 4, 2026 _____

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California