UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AYR ENERGY INC.; ANIRUDH REDDY EDLA; and CHAD STUCKEY;

Plaintiff(s),           ,

v.

ZETWERK MANUFACTURING USA INC.; ZETWERK MANUFACTURING BUSINESSES PRIVATE LIMITED; and UNIMACTS GLOBAL, LLC           , +

Defendant(s).

Case No. 3:25-cv-10345-SK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Alison Siedor_____, an active member in good standing of the bar of District of Columbia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: PLAINTIFFS Ayr Energy Inc.; Anirudh Reddy Edla; and Chad Stuckey in the + above-entitled action. My local co-counsel in this case is Ishika Desai_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 340239_____.

| | |
|---|---|
| 1900 N St NW, Washington, DC 20036 | 525 Market St., Fl. 32, San Francisco, CA 94105 + |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 346-4000 | (415) 733-6000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| asiedor@goodwinlaw.com | idesai@goodwinlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90007773_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/30/2026                       /s/ Alison Siedor

                                                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alison Siedor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 4, 2026



UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California