CHRISTINE V. SAMA (*pro hac vice*)
*CSama@goodwinlaw.com*
HUIYA WU (*pro hac vice*)
*HWu@goodwinlaw.com*
TIMOTHY KEEGAN (*pro hac vice*)
*TKeegan@goodwinlaw.com*
ARSHJIT RAINCE (*pro hac vice*)
*ARaince@goodwinlaw.com*
SAMUEL A. KUNZMAN (*pro hac vice*)
*SKunzman@goodwinlaw.com*
ALEXANDER PRESSMAN (*pro hac vice*)
*APressman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800

ALISON SIEDOR (*pro hac vice*)
*ASiedor@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000

ISHIKA DESAI (SBN 340239)
*IDesai@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000

TODD MARABELLA (*pro hac vice*)
*TMarabella@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000

AMETHYST PHILLIPS (SBN 360501)
*APhillips@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AYR ENERGY INC.; ANIRUDH REDDY EDLA; and CHAD STUCKEY

Plaintiffs,

v.

ZETWERK MANUFACTURING USA INC.; ZETWERK MANUFACTURING BUSINESSES PRIVATE LIMITED; and UNIMACTS GLOBAL, LLC

Defendants.

No. 3:25-cv-10345-SK

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ayr Energy Inc., Anirudh Reddy, and Chad Stuckey (collectively, "Plaintiffs"), by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action without prejudice.

Defendants Zetwerk Manufacturing USA Inc.; Zetwerk Manufacturing Businesses Private Limited; and Unimacts Global, LLC have not served answers or a motion for summary judgment. Dismissal without prejudice under Rule 41(a)(1)(A)(i) is therefore available as of right, is effective upon filing, and requires no order of the Court. *See Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077-78 (9th Cir. 1999).

This is the first dismissal by Plaintiffs of these claims.

Dated: July 10, 2026 By: */s/ Christine V. Sama*

CHRISTINE V. SAMA (*pro hac vice*)
*CSama@goodwinlaw.com*
HUIYA WU (*pro hac vice*)
*HWu@goodwinlaw.com*
TIMOTHY KEEGAN (*pro hac vice*)
*TKeegan@goodwinlaw.com*
ARSHJIT RAINCE (*pro hac vice*)
*ARaince@goodwinlaw.com*
SAMUEL A. KUNZMAN (*pro hac vice*)
*SKunzman@goodwinlaw.com*
ALEXANDER PRESSMAN (*pro hac vice*)
*APressman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800

ALISON SIEDOR (*pro hac vice*)
*ASiedor@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000

ISHIKA DESAI (SBN 340239)
*IDesai@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000

TODD MARABELLA (*pro hac vice*)
*TMarabella@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000

AMETHYST PHILLIPS (SBN 360501)
*APhillips@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500

*Attorneys for Plaintiffs*
*AYR ENERGY INC., ANIRUDH REDDY EDLA, and CHAD STUCKEY*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 10, 2026. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2026 in New York, New York.

*/s/ Christine V. Sama*
Christine V. Sama